■ In the Matter of JOSEPH P. ADDABBO, Respondent, v. MAURICE J. O'ROURKE et al., Respondents, and SEYMOUR FRIEDMAN, Appellant.— In a proceeding to invalidate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 23, 1970 for nomination for the public office of Member of the House of Representatives for the 7th Congressional District, Queens County, the appeal is from a judgment of the Supreme Court, Queens County, entered June 11, 1970, which invalidated said designating petitions. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of FRANK G. GIUDICE et al., Respondents, v. JOHN F. MULHERN, Appellant, et al., Respondents.— In a proceeding to invalidate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held June 23, 1970 for the Party position of Member of the State Committee, Male, for the 35th Assembly District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered June 10, 1970, which invalidated said designating petitions. Judgment affirmed insofar as it affects appellant, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of JEROME KARP et al., Respondents, v. OTTO LASKY et al., Appellants, et al., Respondents.— In a proceeding to invalidate petitions designating certain persons as candidates in the Democratic Party Primary Election for the 39th Assembly District, Kings County, to be held on June 23, 1970, for nomination for the public office of Member of the Assembly, and for the Party positions of Member of the State Committee, Male and Female, and of Delegates and Alternate Delegates to the Democratic Party Judicial Convention, 2nd Judicial District, the appeal is from a judgment of the Supreme Court, Kings County, entered June 9, 1970, which invalidated said petitions. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of JACK KRANIS, Appellant, v. FRANK J. BRASCO et al., Respondents.— In a proceeding to validate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 23, 1970 for nomination for the public office of Member of the House of Representatives for the 11th Congressional District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered June 10, 1970, which denied the application and dismissed the proceeding. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of SHELDON KRUPNICK et al., Appellants, v. STANLEY STEINGUT et al., Respondents.— In a proceeding to invalidate petitions designating certain persons as candidates in the Democratic Party Primary Election for the 41st Assembly District, Kings County, to be held on June 23, 1970, for nomination for the public office of Member of the Assembly, and for the Party positions of Member of the State Committee, Male and Female, and of Delegate and Alternate Delegate to the Democratic Party Judicial Convention, 2nd Judicial District, the appeal is from a judgment of the Supreme Court, Kings County, entered June 10, 1970, which granted respondents' motion to dismiss the proceeding and denied the application. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.